

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-8-2004

# Shapiro v. Prudential Ins Co

Precedential or Non-Precedential: Precedential

Docket No. 02-3805

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"Shapiro v. Prudential Ins Co" (2004). *2004 Decisions.* Paper 1051.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/1051

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————————

No.02-3805
_____

STEPHEN SHAPIRO

Appellant

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA

———————————

Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Action No. 99-CV-04325)
District Judge: Honorable Dennis M. Cavanaugh

_____

Submitted Under Third Circuit LAR 34.1(a)
on June 16, 2003

Before: ALITO, ROTH, and HALL* , <u>Circuit Judges</u>

———————————

*The Hon. Cynthia H. Hall, Circuit Judge for the United States Court of Appeals
for the Ninth Circuit, sitting by designation.

# ORDER  AMENDING OPINION

ROTH, Circuit Judge

IT IS ORDERED that the Not Precedential Opinion in the above case filed October 28, 2003, be amended as follows:

On page 4, second to last sentence in the last paragraph after "experience". Please insert this sentence "Because Prudential both funds and administers the benefits at issue here, its decision to terminate benefits is reviewed under a 'heightened arbitrary and capricious standard.' Pinto v. Reliance Standard Life Ins. Co., 214 F.3d 377, 378 (3d Cir. 2000).

By the Court,

 /s/ JANE. R. ROTH
Circuit Judge

Dated: January 7, 2004
RLS/cc: SJH
      CHP
      HLM
      CAR